REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 08- 84 |
| JAVIER GUZMAN, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 18, 2008, in the District of Delaware, Javier Guzman, Defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, an AK-47 assault rifle (serial number AS17264), and a black PW Arms handgun (serial number KT242715), after having been convicted on or about June 23, 1998, of a crime punishable by imprisonment for a term exceeding one year, in the 332nd District Court in Hidalgo County, Texas, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about February 18, 2008, in the District of Delaware, Javier Guzman, defendant herein, did knowingly possess with intent to distribute marihuana, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

## COUNT THREE

On or about February 18, 2008, in the District of Delaware, Javier Guzman, defendant herein, in furtherance of a drug trafficking crime, to wit, possession with intent to distribute marihuana, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(D), as alleged in Count Two of the Indictment, incorporated by reference herein, did knowingly possess a firearm, to wit, an AK-47 assault rifle (serial number AS17264), and a black PW Arms handgun (serial number KT242715), in violation of Title 18, United States Code, Sections 924(c)(1) & (2).

## FORFEITURE ALLEGATIONS

### Forfeiture Allegation for Counts I and III

Upon conviction of the offense alleged in Count One and/or Count Three of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) an AK-47 assault rifle (serial number AS17264); and (2) a black PW Arms handgun (serial number KT242715).

All in accordance with Title 18, United States Code, Section 924(d) and Rule 32.2(a), Federal Rules of Criminal Procedure.

### Forfeiture Allegation for Count II

Upon conviction of the offense alleged in Count Two of this Indictment, defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived

from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, in any manner or part, to commit or to facilitate the commission of the said violations, including but not limited to the following: (1) United States currency in the amount of $1,251; and (2) a black Dodge Ram pick-up truck with a Maryland registration plate of 85T-054.

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided with difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: May 27, 2008