IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 84 |
| | ) | |
| JAVIER GUZMAN | ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Javier Guzman, as a result of the Indictment returned against him on May 27, 2008.

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
Christopher J. Burke
Assistant United States Attorney

Dated: May 27, 2008

AND NOW, this 27th day of May, 2008, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Javier Guzman.

_____
Honorable Leonard P. Stark
United States Magistrate Judge