IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-84-UNA |
| | ) | |
| JAVIER GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 27, 2008, Javier Guzman was indicted on one count of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1) & 924(a)(2), one count of possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(D) and one count of knowingly possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2. Javier Guzman is currently detained on State offenses at the Sussex Correctional Institution, in Georgetown, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 5, 2008, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

Warden for the Delaware Correctional Institution, to bring the said defendant Javier Guzman before this Court on June 5, 2008, at 1:00 p.m. for an Initial Appearance and to be returned to the Warden for Sussex Correctional Institution only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: May 29, 2008

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Leonard P. Stark
United States Magistrate Court