## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>JAVIER GUZMAN,<br>　　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO.08-84 (UNA)<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JAVIER GUZMAN** who is now detained and imprisoned in the **SUSSEX CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **JAVIER GUZMAN** was charged with BEING A FELON IN POSSESSION OF A FIREARM, et al., in violation of Title 18, et al., U.S. Code, Section 922(g)(1) and 924(a)(2), et al.; for an **INITIAL APPEARANCE on THURSDAY, JUNE 5, 2008 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

　　　And have you then and there this writ.

　　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Leonard P. Stark, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 30th day of June, 2008.

　　　　　　　　　　　　　　　　　　PETER T. DALLEO, CLERK

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Deputy Clerk