AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____    DELAWARE

UNITED STATES OF AMERICA

V.

JAVIER GUZMAN,

**WARRANT FOR ARREST**

Case Number: 08-84-UNA GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAVIER GUZMAN _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

COUNT I - BEING A FELON IN POSSESSION OF A FIREARM

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1) and 924(a)(2)___

PETER T. DALLEO
Name of Issuing Officer

_[signature]_ — Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

814 King St Wilm DE

| DATE RECEIVED 5/28/08 | NAME AND TITLE OF ARRESTING OFFICER William Daniel, DUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 6/5/08 | | |