IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 08-84-GMS |
| JAVIER GUZMAN, | : : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Javier Guzman, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by July 10, 2008.

2. Defense counsel needs additional time to review this case with Mr. Guzman. Although defense counsel does not anticipate filing any pre-trial motions in this case, counsel requires additional time to educate Mr. Guzman as to the reasons why counsel believes that no viable pre-trial motions are present in this case, or for Mr. Guzman to provide additional information to counsel to establish a basis for the filing of pre-trial motions.

3. Assistant United States Attorney, Christopher Burke, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

4. Defense counsel, therefore, respectfully requests an additional 10 days in which to file pre-trial motions.

5. The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended.

Respectfully Submitted,

_s/ Eleni Kousoulis_
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Javier Guzman

Dated: July 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-84-GMS |
| JAVIER GUZMAN, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant Guzman's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant

Guzman's pre-trial motions shall be due on the _____ day of _____, 2008.

**IT IS FURTHER ORDERED** that the time between July 10, 2008 and the new date in which to file

pre-trial motions shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court