IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-84-GMS |
| JAVIER GUZMAN, | : |
| Defendant. | : |

### ORDER

Having considered Defendant Guzman's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this 10th day of July, 2008, that Defendant Guzman's pre-trial motions shall be due on the 26th day of July, 2008.

**IT IS FURTHER ORDERED** that the time between July 10, 2008 and the new date in which to file pre-trial motions shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
JUL 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE